IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRIAN GEORGE KNIGHT,

Petitioner,

vs.

JEROME KRAMER, Sheriff Lincoln County Det Cen, et al.,

Respondents.

8:26-CV-416

ORDER TO SHOW CAUSE

IT IS ORDERED that on or before **September 1, 2026**, the petitioner shall respond to the respondents' motion to dismiss (filing 9) and show cause why his petition should not be dismissed as moot.

Dated this 18th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge